UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LARRY E. LAWRENCE**  **CIVIL ACTION**

**VERSUS**  **NO. 08-088**

**DET. COREY LYMOUS, ET AL.**  **SECTION: "K"(3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Orleans Parish District Attorney are **DISMISSED WITH PREJUDICE** as pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's motion for an injunction, Rec. Doc. 4, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's claim against Corey Lymous is **STAYED** and that the Clerk of Court be directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court retain jurisdiction and that the case be restored to the trial docket upon plaintiff's motion once his state criminal prosecution is concluded, so that the claim against Detective Corey Lymous may proceed to final disposition.

New Orleans, Louisiana, this  25th  day of      February     , 2008.

_____
**UNITED STATES DISTRICT JUDGE**